No. 97–2048.  O'SULLIVAN *v.* BOERCKEL.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to the following question: "May an individual who is in custody pursuant to a state criminal

conviction pursue claims in a federal habeas petition if those claims were not raised on direct appeal in a petition for discretionary review to the State's highest court?"